IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYNELL B.,
    Plaintiff,

                                       Civil No. 2:22-cv-12502

v.

KILOLO KIJAKAZI,                    MAGISTRATE JUDGE ALTMAN
ACTING COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

## STIPULATION TO REMAND TO THE COMMISSIONER

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order remanding the above-captioned case to the Commissioner for further administrative action. On remand, the Appeals Council will instruct the Administrative Law Judge ("ALJ") to further evaluate the medical opinions and as warranted, re-determine Plaintiff's residual functional capacity. Plaintiff will also be given the opportunity for a new hearing and the ALJ will issue a new decision.

                                                  Respectfully submitted,

                                                  DAWN N. ISON
                                                  United States Attorney

| | |
|---|---|
| /s/ Howard D. Olinsky[1] | /s/ Lisa G. Smoller |
| Howard D. Olinsky | Lisa G. Smoller |
| Olinsky Law Group | Special Assistant United States Attorney |
| 250 S. Clinton St., Ste. 210 | 6401 Security Boulevard |
| Syracuse, NY 13202 | Baltimore, MD 21235 |
| (315) 701-5780 | (617) 565-4279 |
| holinsky@windisability.com | lisa.g.smoller@ssa.gov[2] |

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Lisa G. Smoller, received on April 19, 2023.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

CERTIFICATE OF SERVICE

    I hereby certify that on April 19, 2023, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

    I further certify that the undersigned emailed an encrypted copy of the document to Howard Olinsky at: holinsky@windisability.com

    /s/ Lisa G. Smoller
    Lisa G. Smoller
    Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    (617) 565-4279
    Lisa.g.smoller@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYNELL B.,
    Plaintiff,

                          Civil No. 2:22-CV-12502

v.

KILOLO KIJAKAZI,            MAGISTRATE JUDGE ALTMAN
ACTING COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

## ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge ("ALJ") to further evaluate the medical opinions and as warranted, re-determine Plaintiff's residual functional capacity. Plaintiff will also be given the opportunity for a new hearing and the ALJ will issue a new decision.

                                          s/Kimberly G. Altman
                                          KIMBERLY G. ALTMAN
Date: April 19, 2023              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYNELL B.,

    Plaintiff,

v.

Civil No. 2:22-CV-12502

KILOLO KIJAKAZI,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

MAGISTRATE JUDGE ALTMAN

    Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                                    _____
                                                    KIMERLY G. ALTMAN
                                                    United States Magistrate Judge

Dated: