UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYNELL B.,[1]

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 2:22-cv-12502

Magistrate Judge Kimberly G. Altman

**ORDER GRANTING**
**JOINT MOTION FOR ATTORNEY FEES (ECF No. 17)**

**I.**

This is a social security case. Under 28 U.S.C. § 636(c), the parties consented to the undersigned. (ECF No. 12). On April 19, 2023, the parties stipulated to remand the matter to Defendant Commissioner of Social Security (Commissioner). (ECF No. 15). On April 25, 2023, the Court entered a final judgment remanding the case for further administrative proceedings. (ECF No. 16).

---

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, this district has adopted a policy to identify plaintiffs by only their first names and last initials. *See also* Fed. R. Civ. P. 5.2(c)(2)(B).

## II.

Now before the Court is the parties' joint motion for an award of attorney fees for Plaintiff's counsel under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Having reviewed the motion and for the reasons stated therein, the motion is GRANTED for good cause shown.

## III.

The United States SHALL PAY Plaintiff Dynell B. the sum of $5,042.83 in attorney fees pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), with said attorney fees being paid pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. If the United States Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Howard D. Olinsky.

Regardless of whether the check is made payable to Plaintiff or to Plaintiff's attorney, Howard D. Olinsky, the check must be mailed to the following address:

**Olinsky Law Group**
**250 S. Clinton St. Ste. 210**
**Syracuse, NY 13202**

SO ORDERED.

| | |
|---|---|
| Dated: August 10, 2023<br>Detroit, Michigan | s/Kimberly G. Altman<br>KIMBERLY G. ALTMAN<br>United States Magistrate Judge |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 10, 2023.

s/Carolyn Ciesla
CAROLYN CIESLA
Case Manager
